IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNY BEANE,

    Plaintiff,

vs.

HAROLD K. PIKE, III,

    Defendant.

Case No. 12-cv-823-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** August 21, 2012    NANCY J. ROSENSTENGEL, Clerk of Court

                                                  By: s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**